## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GHULAM MOHAMMED**<br>(a/k/a Ghulam Mohammed s/o Abdul Mahdi)<br>    **Detainee**<br>    **Bagram Air Base**<br>    **Afghanistan**<br><br>**RAZ MOHAMMAD**<br>(a/k/a Raz Mohammad s/o Abdul Mahdi)<br>    as Next Friend of Ghulam Mohammed<br><br>**HASAN BALGAID**<br>    **Detainee**<br>    **Bagram Air Base**<br>    **Afghanistan**<br><br>**OMAR DEGHAYES**<br>    as Next Friend of Hasan Balgaid<br><br>**SALIH**<br>    **Detainee**<br>    **Bagram Air Base**<br>    **Afghanistan**<br><br>**OMAR DEGHAYES**<br>    as Next Friend of Salih<br><br>**MUHAMMED DAWOOD**<br>    **Detainee**<br>    **Bagram Air Base**<br>    **Afghanistan**<br><br>**OMAR DEGHAYES**<br>    as Next Friend of Muhammed Dawood<br><br>**AMINULLAH**<br>(a/k/a Aminullah s/o Habib Ullah)<br>    **Detainee**<br>    **Bagram Air Base**<br>    **Afghanistan** | **PETITION FOR A WRIT**<br>**OF HABEAS CORPUS**<br><br>**No. _____ ( )** |

**HAMID ULLAH**                                                      )
      as Next Friend of Aminullah                        )
                                                         )
                                                         )
                                                         )
**AMINULLAH**                                                       )
(a/k/a Aminullah s/o Mohammed Shah)                                  )
      **Detainee**                                       )
      **Bagram Air Base**                                )
      **Afghanistan**                                    )
                                                         )
**HAJI NAQIBULLAH**                                                 )
      as Next Friend of Aminullah                        )
                                                         )
                                                         )
**ZAFIR KHAN**                                                      )
(a/k/a Zafir Khan s/o Farioz)                                        )
      **Detainee**                                       )
      **Bagram Air Base**                                )
      **Afghanistan**                                    )
                                                         )
**ABDUL SALAAM, GHANUM GUL**                                        )
      as Next Friends of Zafir Khan                      )
                                                         )
                                                         )
**RAHEEM ULLAH**                                                    )
(a/k/a Raheem Ullah s/o Kareem Khan)                                 )
      **Detainee**                                       )
      **Bagram Air Base**                                )
      **Afghanistan**                                    )
                                                         )
**ABDUL SALAAM, GHANUM GUL**                                        )
      as Next Friends of Raheem Ullah                    )
                                                         )
                                                         )
**GUL REHMAN**                                                      )
      **Detainee**                                       )
      **Bagram Air Base**                                )
      **Afghanistan**                                    )
                                                         )
**FAZAL AHMAD**                                                     )
      as Next Friend of Gul Rehman                       )
                                                         )
                                                         )
                                                         )
                                                         )

GHANAM GUL                                          )
(a/k/a Ghanum Gul s/o Warakzai)                     )
     Detainee                                    )
     Bagram Air Base                             )
     Afghanistan                                 )
                                                 )
AZEEM GUL                                           )
     as Next Friend of Ghanam Gul                )
                                                 )
                                                 )
NAZAR MOHAMMED                                      )
(a/k/a Nazar Mohammed s/o                           )
Pir Mohammed Pahlawan)                              )
     Detainee                                    )
     Bagram Air Base                             )
     Afghanistan                                 )
                                                 )
PIR MOHAMMED PAHLAWAN                               )
     as Next Friend of Nazar Mohammed            )
                                                 )
                                                 )
MOHIBULLAH                                          )
(a/k/a Mohibullah s/o Kareem Khan)                  )
     Detainee                                    )
     Bagram Air Base                             )
     Afghanistan                                 )
                                                 )
ABDUL SALAM ZALMAY                                  )
(a/k/a Abdul Salaam)                                )
     as Next Friend of Mohibullah                )
                                                 )
                                                 )
SARDAR KHAN                                         )
     Detainee                                    )
     Bagram Air Base                             )
     Afghanistan                                 )
                                                 )
ZAHIR SHAH                                          )
     as Next Friend of Sardar Khan               )
                                                 )
                                                 )
SARDAR MOHAMMAD                                     )
     Detainee                                    )
     Bagram Air Base                             )
     Afghanistan                                 )
                                                 )

BAZ MOHAMMAD )
    as Next Friend of Sardar Mohammad )
)
)
MAULVIHAMEEDULLAH )
(a/k/a Maulvihameedullah )
s/o Mohammad Umar) )
    Detainee )
    Bagram Air Base )
    Afghanistan )
)
HAJI NAQIBULLAH )
    as Next Friend of Maulvihameedullah )
)
)
MALIK ABDUAL RAHIM )
(a/k/a Malik Abdul Rahim) )
    Detainee )
    Bagram Air Base )
    Afghanistan )
)
HAJI NAQIBULLAH )
    as Next Friend of Malik Abdual Rahim )
)
)
MAULVI NAEEM )
(a/k/a Maulvi Naeem s/o Mullah Khairullah) )
    Detainee )
    Bagram Air Base )
    Afghanistan )
)
HAJI NAQIBULLAH )
    as Next Friend of Maulvi Naeem )
)
)
HAJI MULLAH ABDUL RAZAQ )
(a/k/a Haji Mullah Abdul Razaq )
s/o Mohammed Yaqoob) )
    Detainee )
    Bagram Air Base )
    Afghanistan )
)
HAJI NAQIBULLAH )
    as Next Friend of Haji Mullah )
    Abdul Razaq )

```
                                              )
                                              )
GUL MOHAMMED                                  )
(a/k/a Gul Mohammed s/o Zahir Lala)           )
        Detainee                              )
        Bagram Air Base                       )
        Afghanistan                           )
                                              )
HAJI NAQIBULLAH                               )
        as Next Friend of Gul Mohammed        )
                                              )
                                              )
HAJI SARDAR MOHAMMED                          )
(a/k/a Haji Sardar Mohammed s/o Moladad       )
s/o Mohammed Ayub Khan)                       )
        Detainee                              )
        Bagram Air Base                       )
        Afghanistan                           )
                                              )
HAJI NAQIBULLAH                               )
        as Next Friend of Haji Sardar         )
        Mohammed                              )
                                              )
                                              )
MOHAMMAD YAQOUB AKHOUNZADA                    )
(a/k/a Mohammad Yaqoob Akhwanzada             )
s/o Mohammad Usman)                           )
        Detainee                              )
        Bagram Air Base                       )
        Afghanistan                           )
                                              )
ABDUL SALAM ZALMAY                            )
        as Next Friend of Mohammed Yaqoub     )
        Akhounzada                            )
                                              )
                                              )
MOHABUD DIN                                   )
(a/k/a Mohabid Din)                           )
        Detainee                              )
        Bagram Air Base                       )
        Afghanistan                           )
                                              )
BURHANUD DIN                                  )
        as Next Friend of Mohabud Din         )
                                              )
                                              )
```

MOHAMMED AYUB ) \
(a/k/a Mohammed Ayub s/o Kareem Khan) ) \
    **Detainee** ) \
    **Bagram Air Base** ) \
    **Afghanistan** ) \
     ) \
ABDUL SALAAM, GHANUM GUL ) \
    as Next Friends of Mohammed Ayub ) \
     ) \
     ) \
RAHMATTULLAH ) \
(a/k/a Rahmattullah s/o Shujauddin) ) \
    **Detainee** ) \
    **Bagram Air Base** ) \
    **Afghanistan** ) \
     ) \
ATTA ULLAH ) \
    as Next Friend of Rahmattullah ) \
     ) \
     ) \
MOHAMMAD AYUB ) \
(a/k/a Mohammad Ayub ) \
s/o Mohammad Usman) ) \
    **Detainee** ) \
    **Bagram Air Base** ) \
    **Afghanistan** ) \
     ) \
ABDUL SALAM ZALMAY ) \
    as Next Friend of Mohammad Ayub ) \
     ) \
     ) \
     ) \
*Petitioners,* ) \
     ) \
v. ) \
     ) \
DONALD RUMSFELD, ) \
    **Secretary, United States** ) \
    **Department of Defense** ) \
    **1000 Defense Pentagon** ) \
    **Washington, D.C. 20301-1000** ) \
     ) \
*Respondent.* ) \
     ) \
Respondent sued in his official ) \
capacity. )

## PETITION FOR WRIT OF HABEAS CORPUS

1. Petitioners in the custody of the United States seek the Great Writ. They act on their own
   behalf and through their Next Friends. Though they have committed no wrong, they are
   being held unlawfully and virtually *incommunicado* by Respondent.

## I.
## JURISDICTION

2. Petitioners bring this action under 28 U.S.C. §§2241 and 2242, and invoke this Court's
   jurisdiction under 28 U.S.C. §§1331, as well as the Fifth and Eighth Amendments to the
   United States Constitution.

3. This Court is empowered under 28 U.S.C. §2241 to grant the Writ of Habeas Corpus, and
   to entertain the Petition filed by Petitioners under 28 U.S.C. §2242. This Court is further
   empowered to declare the rights and other legal relations of the parties herein by 28
   U.S.C. §2201, and to effectuate and enforce declaratory relief by all necessary and proper
   means by 28 U.S.C. §2202, as this case involves an actual controversy within the Court's
   jurisdiction, and to issue such ancillary orders as may be appropriate under the
   circumstances, pursuant to 28 U.S.C. §1651.

## II.
## VENUE

4. Venue is proper in the United States District Court for the District of Columbia, since
   Respondent resides in the district, a substantial part of the events or omissions giving rise
   to the claim occurred in the district, and/or Respondent is an officer or employee of the
   United States or any agency thereof acting in his official capacity. 28 U.S.C. §§1391(b);

1391(e).

## III.
## PARTIES

5.  Petitioner Ghulam Mohammed (a/k/a Ghulam Mohammed s/o Abdul Mahdi) is a citizen
    of Afghanistan who is presently incarcerated and held in Respondent's unlawful custody
    and control at Bagram Air Base, Afghanistan. He acts on his own behalf and through his
    Next Friend.

6.  Petitioner Raz Mohammad (a/k/a Raz Mohammad s/o Abdul Mahdi), also an Afghan
    citizen, is Ghulam Mohammed's brother. Because his brother cannot secure access either
    to legal counsel or the courts of the United States, Raz Mohammad acts as Next Friend.

7.  Petitioner Hasan Balgaid is a citizen of Libya who is presently incarcerated and held in
    Respondent's unlawful custody and control at Bagram Air Base, Afghanistan. He acts on
    his own behalf and through his Next Friend.

8.  Petitioner Omar Deghayes, a British resident, is Hasan Balgaid's friend. Because his
    friend cannot secure access either to legal counsel or the courts of the United States,
    Omar Deghayes acts as Next Friend.

9.  Petitioner Salih is a citizen of Libya who is presently incarcerated and held in
    Respondent's unlawful custody and control at Bagram Air Base, Afghanistan. He acts on
    his own behalf and through his Next Friend.

10. Petitioner Omar Deghayes, a British resident, is Salih's friend. Because his friend cannot
    secure access either to legal counsel or the courts of the United States, Omar Deghayes
    acts as Next Friend.

11. Petitioner Muhammed Dawood is a citizen of Libya who is presently incarcerated and

held in Respondent's unlawful custody and control at Bagram Air Base, Afghanistan. He acts on his own behalf and through his Next Friend.

12. Petitioner Omar Deghayes, a British resident, is Muhammed Dawood's friend. Because his friend cannot secure access either to legal counsel or the courts of the United States, Omar Deghayes acts as Next Friend.

13. Petitioner Aminullah (a/k/a Aminullah s/o Habib Ullah) is a citizen of Afghanistan who is presently incarcerated and held in Respondent's unlawful custody and control at Bagram Air Base, Afghanistan. He acts on his own behalf and through his Next Friend.

14. Petitioner Hamid Ullah, also an Afghan citizen, is Aminullah's brother. Because his brother cannot secure access either to legal counsel or the courts of the United States, Hamid Ullah acts as Next Friend.

15. Petitioner Aminullah (a/k/a Aminullah s/o Mohammed Shah) is a citizen of Afghanistan who is presently incarcerated and held in Respondent's unlawful custody and control at Bagram Air Base, Afghanistan. He acts on his own behalf and through his Next Friend.

16. Petitioner Haji Naqibullah is Aminullah's friend. Because his friend cannot secure access either to legal counsel or the courts of the United States, Haji Naqibullah acts as Next Friend.

17. Petitioner Zafir Khan (a/k/a Zafir Khan s/o Farioz) is presently incarcerated and held in Respondent's unlawful custody and control at Bagram Air Base, Afghanistan. He acts on his own behalf and through his Next Friend.

18. Petitioners Abdul Salaam and/or Ghanam Gul, also Afghan citizens, are Zafir Khan's friend(s). Because their friend cannot secure access either to legal counsel or the courts of the United States, Abdul Salaam and/or Ghanam Gul act(s) as Next Friend.

19. Petitioner Raheem Ullah (a/k/a Raheem Ullah s/o Kareem Khan) is presently incarcerated and held in Respondent's unlawful custody and control at Bagram Air Base, Afghanistan. He acts on his own behalf and through his Next Friend.

20. Petitioners Abdul Salaam and/or Ghanam Gul, Afghan citizens, are Zafir Khan's friend(s). Because their friend cannot secure access either to legal counsel or the courts of the United States, Abdul Salaam and/or Ghanam Gul act(s) as Next Friend.

21. Petitioner Gul Rehman is a citizen of Afghanistan who is presently incarcerated and held in Respondent's unlawful custody and control at Bagram Air Base, Afghanistan. He acts on his own behalf and through his Next Friend.

22. Petitioner Fazal Ahmad, also a citizen of Afghanistan, is Gul Rehman's cousin. Because his cousin cannot secure access either to legal counsel or the courts of the United States, Fazal Ahmad acts as Next Friend.

23. Petitioner Ghanam Gul is a citizen of Afghanistan who is presently incarcerated and held in Respondent's unlawful custody and control at Bagram Air Base, Afghanistan. He acts on his own behalf and through his Next Friend.

24. Petitioner Azeem Gul, also a citizen of Afghanistan, is Ghanam Gul's brother. Because his brother cannot secure access either to legal counsel or the courts of the United States, Azeem Gul acts as Next Friend.

25. Petitioner Nazar Mohammed (a/k/a Nazar Mohammed s/o Pir Mohammed Pahlawan) is a citizen of Afghanistan who is presently incarcerated and held in Respondent's unlawful custody and control at Bagram Air Base, Afghanistan. He acts on his own behalf and through his Next Friend.

26. Petitioner Pir Mohammed Pahlawan, also a citizen of Afghanistan, is Nazar

Mohammed's father. Because his son cannot secure access either to legal counsel or the courts of the United States, Pir Mohammed Pahlawan acts as Next Friend.

27. Petitioner Mohibullah (a/k/a Mohibullah s/o Kareem Khan) is a citizen of Afghanistan who is presently incarcerated and held in Respondent's unlawful custody and control at Bagram Air Base, Afghanistan. He acts on his own behalf and through his Next Friend.

28. Petitioner Abdul Salam Zalmay (a/k/a Abdul Salaam), also an Afghan citizen, is Mohibullah's friend. Because his friend cannot secure access either to legal counsel or the courts of the United States, Abdul Salam Zalmay acts as Next Friend.

29. Petitioner Sardar Khan is a citizen of Afghanistan who is presently incarcerated and held in Respondent's unlawful custody and control at Bagram Air Base, Afghanistan. He acts on his own behalf and through his Next Friend.

30. Petitioner Zahir Shah is Sardar Khan's friend. Because his friend cannot secure access either to legal counsel or the courts of the United States, Zahir Shah acts as Next Friend.

31. Petitioner Sardar Mohammad is a citizen of Afghanistan who is presently incarcerated and held in Respondent's unlawful custody and control at Bagram Air Base, Afghanistan. He acts on his own behalf and through his Next Friend.

32. Petitioner Baz Mohammad is Sardar Mohammad's father. Because his son cannot secure access either to legal counsel or the courts of the United States, Baz Mohammad acts as Next Friend.

33. Petitioner Maulvihameedullah (a/k/a Maulvihameedullah s/o Mohammad Umar) is a citizen of Afghanistan who is presently incarcerated and held in Respondent's unlawful custody and control at Bagram Air Base, Afghanistan. He acts on his own behalf and through his Next Friend.

34. Petitioner Haji Naqibullah, also an Afghan citizen, is Maulvihameedullah's friend. Because his friend cannot secure access either to legal counsel or the courts of the United States, Haji Naqibullah acts as Next Friend.

35. Petitioner Malik Abdual Rahim (a/k/a Malik Abdul Rahim) is a citizen of Afghanistan who is presently incarcerated and held in Respondent's unlawful custody and control at Bagram Air Base, Afghanistan. He acts on his own behalf and through his Next Friend.

36. Petitioner Haji Naqibullah, also an Afghan citizen, is Malik Abdual Rahim's friend. Because his friend cannot secure access either to legal counsel or the courts of the United States, Haji Naqibullah acts as Next Friend.

37. Petitioner Maulvi Naeem (a/k/a Maulvi Naeem s/o Mullah Khairullah) is a citizen of Afghanistan who is presently incarcerated and held in Respondent's unlawful custody and control at Bagram Air Base, Afghanistan. He acts on his own behalf and through his Next Friend.

38. Petitioner Haji Naqibullah, also an Afghan citizen, is Maulvi Naeem's friend. Because his friend cannot secure access either to legal counsel or the courts of the United States, Haji Naqibullah acts as Next Friend.

39. Petitioner Haji Mullah Abdul Razaq (a/k/a Haji Mullah Abdul Razaq s/o Mohammed Yaqoob) is a citizen of Afghanistan who is presently incarcerated and held in Respondent's unlawful custody and control at Bagram Air Base, Afghanistan. He acts on his own behalf and through his Next Friend.

40. Petitioner Haji Naqibullah, also an Afghan citizen, is Haji Mullah Abdul Razaq's friend. Because his friend cannot secure access either to legal counsel or the courts of the United States, Haji Naqibullah acts as Next Friend.

41. Petitioner Gul Mohammed (a/k/a Gul Mohammed s/o Zahir Lala) is a citizen of
Afghanistan who is presently incarcerated and held in Respondent's unlawful custody
and control at Bagram Air Base, Afghanistan. He acts on his own behalf and through his
Next Friend.

42. Petitioner Haji Naqibullah, also an Afghan citizen, is Gul Mohammed's friend. Because
his friend cannot secure access either to legal counsel or the courts of the United States,
Haji Naqibullah acts as Next Friend.

43. Petitioner Haji Sardar Mohammed (a/k/a Haji Sardar Mohammed s/o Moladad s/o
Mohammed Ayub Khan) is a citizen of Afghanistan who is presently incarcerated and
held in Respondent's unlawful custody and control at Bagram Air Base, Afghanistan. He
acts on his own behalf and through his Next Friend.

44. Petitioner Haji Naqibullah, also an Afghan citizen, is Haji Sardar Mohammed's friend.
Because his friend cannot secure access either to legal counsel or the courts of the United
States, Haji Naqibullah acts as Next Friend.

45. Petitioner Mohammed Yaqoub Akhounzada (a/k/a Mohammed Yaqoob Akhwanzada s/o
Mohammed Usman) is a citizen of Afghanistan who is presently incarcerated and held in
Respondent's unlawful custody and control at Bagram Air Base, Afghanistan. He acts on
his own behalf and through his Next Friend.

46. Petitioner Abdul Salam Zalmay, also an Afghan citizen, is Mohammed Yaqoub
Akhounzada's friend. Because his friend cannot secure access either to legal counsel or
the courts of the United States, Abdul Salam Zalmay acts as Next Friend.

47. Petitioner Mohabud Din (a/k/a Mohabid Din) is a citizen of Afghanistan who is presently
incarcerated and held in Respondent's unlawful custody and control at Bagram Air Base,

Afghanistan. He acts on his own behalf and through his Next Friend.

48. Petitioner Burhanud Din, also an Afghan citizen, is Mohabud Din's brother. Because his brother cannot secure access either to legal counsel or the courts of the United States, Burhanud Din acts as Next Friend.

49. Petitioner Mohammed Ayub (a/k/a Mohammed Ayub s/o Kareem Khan) is presently incarcerated and held in Respondent's unlawful custody and control at Bagram Air Base, Afghanistan. He acts on his own behalf and through his Next Friend.

50. Petitioners Abdul Salaam and/or Ghanum Gul, also Afghan citizens, is/are Mohammed Ayub's friend(s). Because their friend cannot secure access either to legal counsel or the courts of the United States, Abdul Salaam and/or Ghanum Gul act(s) as Next Friend.

51. Petitioner Rahmattullah (a/k/a Rahmattullah s/o Shujahuddin) is a citizen of Afghanistan who is presently incarcerated and held in Respondent's unlawful custody and control at Bagram Air Base, Afghanistan. He acts on his own behalf and through his Next Friend.

52. Petitioner Atta Ullah is Rahmattullah's brother. Because his brother cannot secure access either to legal counsel or the courts of the United States, Atta Ullah acts as Next Friend.

53. Petitioner Mohammad Ayub (a/k/a Mohammad Ayub s/o Mohammad Usman) is a citizen of Afghanistan who is presently incarcerated and held in Respondent's unlawful custody and control at Bagram Air Base, Afghanistan. He acts on his own behalf and through his Next Friend.

54. Petitioner Abdul Salam Zalmay is Mohammad Ayub's friend. Because his friend cannot secure access either to legal counsel or the courts of the United States, Abdul Salam Zalmay acts as Next Friend.

55. Respondent Rumsfeld is the Secretary of the United States Department of Defense. He

has been charged with maintaining the custody and control of the detained Petitioners, and is therefore the detained Petitioners' ultimate custodian. Respondent Rumsfeld is sued in his official capacity.

## IV.
## STATEMENT OF FACTS

56. The detained Petitioners are innocent men. They are not now, nor have they ever been, enemy aliens or combatants of any kind, including enemy combatants, unlawful combatants, or unprivileged combatants. On information and belief, they are not now, nor have they ever been, members of or associated with the Taliban government, the Al Qaeda terrorist network, or any group or organization whose interests or aims are adverse to those of the United States.

57. On information and belief, prior to their detention, Petitioners did not commit any violent act against any American person, nor did they espouse any violent act against any American person or property, nor were they involved in the armed conflict undertaken in the wake of the attacks on the United States on September 11, 2001. On information and belief, they had no involvement, direct or indirect, in either the terrorist attacks on the United States September 11 2001, or any act of international terrorism attributed by the United States to Al Qaida or any terrorist group. They are not properly subject to the detention Order issued by President Bush described below. As they did not participate in the armed conflict at any point in time, nor are they properly subject to the President's authority as Commander in Chief and under the laws and usages of war.

58. On information and belief, the detained Petitioners had no military or terrorist training.

59. On information and belief, they at no time voluntarily joined any terrorist force.

60. On information and belief, certain of the detained Petitioners were not initially taken into

custody by American forces. They were taken into custody against their will by other forces, and handed over to the Americans.

61. On information and belief, certain of the detained Petitioners promptly identified themselves by correct name and nationality to the United States. They requested that the United States provide them with access to family and to legal counsel.

62. On November 13, 2001, President Bush issued a Military Order authorizing indefinite detention without due process of law. The Order authorizes Respondent Rumsfeld to detain anyone President Bush has "reason to believe":

   i. is or was a member of the organization known as al Qaida;

   ii. has engaged in, aided or abetted, or conspired to commit, acts of international terrorism, or acts in preparation therefor, that have caused, threaten to cause, or have as their aim to cause, injury to or adverse effects on the United States, its citizens, national security, foreign policy, or economy; or

   iii. has knowingly harbored one or more individuals described in subparagraphs (i) and (ii).

President Bush must make this determination in writing. The Order was neither authorized nor directed by Congress, and is beyond the scope of the Joint Resolution authorizing the use of military force passed by Congress September 14, 2001.

63. The Military Order vests the President with complete discretion to identify the individuals that fall within its scope. It establishes no standards governing the use of his discretion. Once a person has been detained, the Order contains no provision for him to be notified of the charges he may face. On the contrary, the Order authorizes detainees to

be held without charges. It contains no provision for detainees to be notified of their rights under domestic and international law, and provides neither the right to counsel, nor the right to consular access. It provides no right to appear before a neutral tribunal to review the legality of a detainee's continued detention and no provision for appeal to an Article III court. In fact, the Order expressly bars review by any court. For those detainees who will not be tried before a tribunal, the Order authorizes indefinite and unreviewable detention, based on nothing more than the President's written determination that an individual is subject to its terms.

64. On information and belief, President Bush has never certified or determined in any manner, in writing or otherwise, that the detained Petitioners are subject to this detention order.

65. On information and belief, the detained Petitioners are not properly subject to this detention order.

66. On information and belief, since gaining control of the detained Petitioners, the United States military has held them virtually *incommunicado* and without legal process. They have been or will be interrogated repeatedly by agents of the United States Departments of Defense and Justice, though they have not been charged with an offense, nor have they been notified of any pending or contemplated charges. They have made no appearance before either a military or civilian tribunal of any sort, nor have they been provided counsel or the means to contact counsel. They have not been informed of their rights under the United States Constitution, the regulations of the United States Military, the Geneva Convention, the International Covenant on Civil and Political Rights, the American Declaration on the Rights and Duties of Man, or Customary International Law.

Indeed, Respondent has taken the position that they should not be told of these rights. As a result, the detained Petitioners are completely unable either to protect, or to vindicate their rights under domestic and international law.

67. Bagram Air Base, where the detained Petitioners are incarcerated, is subject to the complete jurisdiction and control of the United States military. The detained Petitioners are in the physical and legal custody of the United States, at a U.S. military facility that is subject to U.S. constitutional and statutory law, and answerable to the federal judiciary. *See Rasul v. Bush*, 124 S.Ct. 2686 (2004).

## V.
## CAUSES OF ACTION

### FIRST CLAIM FOR RELIEF
### (HABEAS STATUTE – COMMON LAW HABEAS)

68. Petitioners incorporate paragraphs 1-67 by reference.

69. By the actions described above, Respondent, acting under color of law, has deprived the detained Petitioners of their rights under 28 U.S.C. §§ 2241 (c)(1) and (c)(3), in that Respondent has incarcerated the detained Petitioners without lawful process, and with no means to test the legal and factual basis for their continued incarceration.

### SECOND CLAIM FOR RELIEF
### (DUE PROCESS – FIFTH AMENDMENT
### TO THE UNITED STATES CONSTITUTION)

70. Petitioners incorporate paragraphs 1-69 by reference.

71. By the actions described above, Respondent, acting under color of law, has violated and continues to violate the Fifth Amendment to the United States Constitution by

incarcerating the detained Petitioners without Due Process of Law.

### THIRD CLAIM FOR RELIEF
### (DUE PROCESS – FIFTH AMENDMENT
### TO THE UNITED STATES CONSTITUTION)

72. Petitioners incorporate paragraphs 1-71 by reference.

73. By the actions described above, Respondent, acting under color of law, has violated and

continues to violate the right of the detained Petitioners to be free from arbitrary,

prolonged, and indefinite detention, in violation of the Due Process Clause of the Fifth

Amendment to the United States Constitution.

### FOURTH CLAIM FOR RELIEF
### (DUE PROCESS – INTERNATIONAL LAW)

74. Petitioners incorporate paragraphs 1-73 by reference.

75. By the actions described above, Respondent, acting under color of law, has violated and

continues to violate Customary International Law, Arts. 9 & 14 of the International

Covenant on Civil and Political Rights, and Arts. 18, 25, & 26 of the American

Declaration on the Rights and Duties of Man by depriving the detained Petitioners of

their right to be free from arbitrary, prolonged, and indefinite detention.

### FIFTH CLAIM FOR RELIEF
### (DUE PROCESS – FAILURE TO COMPLY
### WITH U.S. MILITARY REGULATIONS AND
### INTERNATIONAL HUMANITARIAN LAW)

76. Petitioners incorporate paragraphs 1-75 by reference.

77. By the actions described above, Respondent, acting under color of law, have violated and

continue to violate the rights accorded to persons seized by the United States Military in times of armed conflict, as established by, *inter alia*, the regulations of the United States Military, including regulation 190-8, Articles 4 and 5 of Geneva Convention III, Geneva Convention IV, and Customary International Law.

### SIXTH CLAIM FOR RELIEF
### (SUSPENSION OF THE WRIT)

78. Petitioners incorporate paragraphs 1-77 by reference.

79. To the extent the Respondent maintains the detained Petitioners may not challenge the legality of their detention by way of habeas corpus, Respondent's actions constitute an unlawful Suspension of the Writ of Habeas Corpus, in violation of Article I of the United States Constitution.

### VI.
### PRAYER FOR RELIEF

WHEREFORE, Petitioners pray for relief as follows:

1.     Grant Next Friend Petitioners Next Friend status;

2.     Order the detained Petitioners released from Respondent's unlawful custody;

3.     Order Respondent to allow counsel to meet and confer with the detained Petitioners, in private and unmonitored attorney-client conversations;

4.     Order Respondent to make a prompt return to the writ in accordance with 28 U.S.C. § 2243 and to the extent Respondent contests any material factual allegations in this Petition, schedule an evidentiary hearing, at which Petitioners may adduce proof in support of his allegations;

5.      Such other relief as the Court may deem necessary and appropriate to protect

Petitioners' rights under the United States Constitution, the Habeas Statute, and

International Law.

Dated:  September 28, 2006                  Respectfully submitted,

                                            Counsel for Petitioners:

                                            *William Goodman/ta*

                                            Michael Ratner (pursuant to L.Cv.R. 83.2(g))
                                            William Goodman (pursuant to L.Cv.R. 83.2(g))
                                            Gitanjali S. Gutierrez (pursuant to L.Cv.R. 83.2(g))
                                            CENTER FOR CONSTITUTIONAL RIGHTS
                                            666 Broadway
                                            New York, New York 10012
                                            (212) 614-6485
                                            (212) 614-6499

## VERIFICATION

Counsel for Petitioners declare under penalty of perjury that the foregoing is true and correct to

the best of our knowledge, information, and belief.

Dated:        September 28, 2006

*William Goodman /ta*

Michael Ratner (pursuant to L.Cv.R. 83.2(g))
William Goodman (pursuant to L.Cv.R. 83.2(g))
Gitanjali S. Gutierrez (pursuant to L.Cv.R. 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
New York, New York 10012
(212) 614-6485
(212) 614-6499

## CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Counsel for Petitioners certify, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioners without compensation.

Dated:       September 28, 2006

*William Goodman/ta*

Michael Ratner (pursuant to L.Cv.R. 83.2(g))
William Goodman (pursuant to L.Cv.R. 83.2(g))
Gitanjali S. Gutierrez (pursuant to L.Cv.R. 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway
New York, New York 10012
(212) 614-6485
(212) 614-6499

**Authorization**

Date: _Feb. 4, 2006_

My name is _Raz Mohammad s/o Abdul Mahdi_ . I am acting as next friend for my
_brother_ , whose name is _Ghulam Mohammed s/o Abdul Mahdi_
a citizen of _Afghanistan_ , who is being held in ~~Guantánamo Bay~~ an unknown
detention center.

I know that he would want me to act on his behalf to secure legal representation for him. I
hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights*
and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to
secure any documents and information concerning my relative that are necessary for his defense,
and to seek whatever redress they believe to be in his best interests, in the Courts of the United
States and in any other legal forum available.

Signature: _____

Print Name: _Raz Mohammed s/o Abdul Mahdi_

Witnessed by: _____

Print Name: _Rahmatullah s/o Samadine_

# FOUO

Request For legal

Assistance

I, Omar Deghayes (having legal training), am acting as close friend to all mentioned in this list. Requesting that Clive Stafford Smith (Justice in Exile) take any and all legal steps on their behalf, to challange any and all aspects of their Seizure and detention by the United States :

1. Mohammed HAMID Qurany / Tchad ▮
Camp V.

2. Sami ABDAULAZIZ ALAythi / Egypet.
Camp V.

3. ABDAUL AZIZ NAJI / ALGERIA
Camp Delta.

4. Omar KALIFA MOHAMMED / LIBYA
Camp V

5. ABDUALLAH ATAIBI / Saudi
Camp V

6. ABDUAL LATIF NASER / Moroco 244
Camp V

7. AHAHED ABDAULAZIZ / MAURATANIA
Camp V

8. MOHAMEDo SALAHI / MAURATANIA
Camp Delta

9. MOHAMED ALAHIN / MAURATANIA
Camp Delta.

10. ISMAIL ALKHAMESI / LIBYA
Camp Delta.

11. AHAMED LIBYA
Camp Delta.

12. ABDALRAUF ZALTTINI LIBYA
Camp Delta

13. ABDAL RAUF AJIBI LIBY
Camp IV

14. ABDALRAZAK Ali LIBYA
Camp Delta.

15. FARIS DARNAWI LIBYA
Camp Delta.

16. SAIB DARNAWI LIBYA
Camp Delta.

17. HASAN BALGAID LIBYA
Bagram Base.

18. SALIH LIBYA / Bagram

19. MUHAMMED DAWOOD — LIBYA Bagram

20. Abu HADAIFA JORDAN — Delta

21. LAHCEN IKASSRIEN MoRoco  V  ▮

**Authorization**

Date: Feb. 7, 2006

My name is Hamid Ullah _____. I am acting as next friend for my brother _____, whose name is Aminullah son of Habib.Ullah a citizen of Afghanistan _____, who is being held in ~~Guantánamo Bay~~. US detention

I know that he would want me to act on his behalf to secure legal representation for him. I hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights* and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

Signature: _____

Print Name: Hamid Ullah

Witnessed by: Atta ullah

Print Name: _____

**Authorization**

Date: _2 Feb 2006_

My name is _Haji Naqibullah_ . I am acting as next friend for my
_friend_ , whose name is _Aminallah son of Mohammed Shah_
a citizen of _Afghanistan_ , who is being held in ~~Guantanamo Bay~~.
_by the United States in Bagram_
I know that he would want me to act on his behalf to secure legal representation for him. I
hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights*
and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to
secure any documents and information concerning my relative that are necessary for his defense,
and to seek whatever redress they believe to be in his best interests, in the Courts of the United
States and in any other legal forum available.

Signature: _____

Print Name: _Haji Naqubullah_

Witnessed by: _____

Print Name: _Jumma Gul_

**Authorization**

Date: _2/11/06_

My name is _FAZAL AHMAD_____ I am acting as next friend for my _COUSIN_____, whose name is _GUL REHMAN_____ a citizen of _AFGHANISTAN_____, who is being held in ~~Guantánamo Bay~~ _BAGRAM_

I know that he would want me to act on his behalf to secure legal representation for him. I hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights* and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

Signature: _____

Print Name: _____

Witnessed by: _____

Print Name: _R. MICHAEL SMITH_____

**Authorization**

Date: _Feb 4, 2006_

My name is _Azeem Gul_ . I am acting as next friend for my
_Brother_ , whose name is _Ghanum Gul son of Warakzai_
a citizen of _Afghanistan_ , who is being held in ~~Guantánamo Bay~~ _by the United States_

I know that he would want me to act on his behalf to secure legal representation for him. I
hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights*
and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to
secure any documents and information concerning my relative that are necessary for his defense,
and to seek whatever redress they believe to be in his best interests, in the Courts of the United
States and in any other legal forum available.

Signature: _____

Print Name: _____

Witnessed by: _____

Print Name: _____

**Authorization**

Date: Feb. 7, 2006

My name is Pir Mohammed . I am acting as next friend for my
son , whose name is Nazar Mohammed ,
a citizen of Afghanistan , who is being held in Guantánamo Bay. US detention

I know that he would want me to act on his behalf to secure legal representation for him. I
hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights*
and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to
secure any documents and information concerning my relative that are necessary for his defense,
and to seek whatever redress they believe to be in his best interests, in the Courts of the United
States and in any other legal forum available.

Signature

Print Name: Pir Mohammed Pahlawan

Witnessed by: Esmadullah Shondolly

Print Name:

07/02/06

**Authorization**

Date: _2/7/06_

My name is _ABDUL SALAM ZALMAY_ .  I am acting as next friend for my _FRIEND_ , whose name is _MOHIBULLAH, S/O KAREEM KHAN_ a citizen of _AFGHANISTAN_ , who is being held in ~~Guantánamo Bay~~. _BAGRAM_

I know that he would want me to act on his behalf to secure legal representation for him.  I hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights* and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

Signature: _____

Print Name: _____

Witnessed by: _R. Michael Smith_

Print Name: _R. MICHAEL_

**Authorization**

Date: _7 Feb 2006_

My name is _Zahir Shah_____. I am acting as next friend for my
_friend and assistant_____, whose name is _Sardar Jan Khan_____,
a citizen of _Afghanistan_____, who is being held ~~in Guantanamo Bay~~
                                          by the United States in Bagram
I know that he would want me to act on his behalf to secure legal representation for him. I
hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights*
and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to
secure any documents and information concerning my relative that are necessary for his defense,
and to seek whatever redress they believe to be in his best interests, in the Courts of the United
States and in any other legal forum available.

Signature: _Zahir Shah_____

Print Name: _____

Witnessed by: _____

Print Name: _____

**Authorization**

Date: 6 Feb 2006

My name is _BAZ Mohammad_ . I am acting as next friend for my _son_ , whose name is _Sardav Mohammad_ , a citizen of _Afghanestan_ , who is being held in ~~Guantánamo Bay~~ states in Bagram BY the United

I know that he would want me to act on his behalf to secure legal representation for him. I hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights* and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

Signature: _____

Print Name: _Baz Mohammad_

Witnessed by: _____

Print Name: _____

**Authorization**

Date: _2 Feb 2006_

My name is _Haji  Naqibullah_____ .  I am acting as next friend for my
_Friend from my area___ , whose name is _Maulwhameedullah_____ _United States arrest_
a citizen of _Afghanistan___ , who is being held in ~~Guantánamo Bay.~~ by _in Bagram_

I know that he would want me to act on his behalf to secure legal representation for him.  I
hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights*
and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to
secure any documents and information concerning my relative that are necessary for his defense,
and to seek whatever redress they believe to be in his best interests, in the Courts of the United
States and in any other legal forum available.

Signature: _____

Print Name: _Haji. Naqibullah_____

Witnessed by: _____

Print Name: _mualim  Naqibullah____

**Authorization**

Date: _5 F e b  2006_

My name is _H a j i  N a Q i b u l l a h_ . I am acting as next friend for my _friend from my villiage_, whose name is _Malik Abdual Rahim_ a citizen of _Afghanestan_ , who is being held in ~~Guantánamo Bay~~. U S custody in Bagram

I know that he would want me to act on his behalf to secure legal representation for him. I hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights* and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

Signature: _____

Print Name: _____

Witnessed by: _____

Print Name: _Jumma Gul_

**Authorization**

Date: _5 Feb 2006_

My name is _HAji  Naqibullah_. I am acting as next friend for my
_friend_, whose name is _Maalvi Naeem_
a citizen of _Afghanistan_, who is being held in ~~Guantánamo Bay~~ by the United States in Bagram

I know that he would want me to act on his behalf to secure legal representation for him. I
hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights*
and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to
secure any documents and information concerning my relative that are necessary for his defense,
and to seek whatever redress they believe to be in his best interests, in the Courts of the United
States and in any other legal forum available.

Signature: _____

Print Name: _Haji  Naqibullah_

Witnessed by: _____

Print Name: _Jumma Gul_

**Authorization**

Date: 5 Feb 2006

My name is _Haj. Nagibullah_. I am acting as next friend for my _friend_, whose name is _Haj. Mullah Abdul Razaq_ a citizen of _Afghanestan_, who is being held ~~in Guantánamo Bay~~ by the United States in Bagram

I know that he would want me to act on his behalf to secure legal representation for him. I hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights* and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

Signature: _____

Print Name: _____

Witnessed by: _____

Print Name: _Jumma Gul_

**Authorization**

Date: 5 Feb 2006

My name is _Haj. Najibullah_. I am acting as next friend for my _friend_, whose name is _Gul Mohammed son of Zahir Lda_ a citizen of _Afghanstad_, who is being held in ~~Guantánamo Bay~~ _by the united states in Bagram_

I know that he would want me to act on his behalf to secure legal representation for him. I hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights* and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

Signature: _____

Print Name: _____

Witnessed by: _____

Print Name: ~~_____~~ ~~_____~~ _Jumma Gul_

**Authorization**

Date: 5 Feb 2006

My name is _HAji Nagibullah_ I am acting as next friend for my
_Friend_, whose name is _Haji Sardar Mohammed_
a citizen of _Afghanistan_, who is being held in Guantánamo Bay.
_by the United States in Bagram_

I know that he would want me to act on his behalf to secure legal representation for him. I
hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights*
and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to
secure any documents and information concerning my relative that are necessary for his defense,
and to seek whatever redress they believe to be in his best interests, in the Courts of the United
States and in any other legal forum available.


Signature: _____

Print Name: _____


Witnessed by: _____

Print Name: _Jumma Gul_

**Authorization**

Date: _2/7/06_

My name is _ABDUL SALAM ZALMAN_ I am acting as next friend for my _FRIEND_, whose name is _MOHAMMAD YAQOUB AKHOUNZADA,_ a citizen of _AFGHANISTAN_, who is being held in ~~Guantánamo Bay~~ _BAGRAM_     _SO_

I know that he would want me to act on his behalf to secure legal representation for him. I _MOHAMMAD_ hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights* _USMAN_ and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

Signature: _____

Print Name: _____


Witnessed by: _R. Michael Smith_

Print Name: _R. MICHAEL SMITH_

**Authorization**

Date: _10 Feb 2006_

My name is _Burhanud Din_ . I am acting as next friend for my
_BROTHER_ , whose name is _Mohabud Din_ ,
a citizen of _Afghan.Stan_ , who is being held in ~~Guantánamo Bay~~ _by the united states in Bagram._

I know that he would want me to act on his behalf to secure legal representation for him. I hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights* and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

Signature: _X (unable to write)_    _Scott Tilsen_

Print Name: _Burhanud Din_

Witnessed by: _____

Print Name: _Fazal Rehman_

**Authorization**

Date: _2/7/06_

My name is _ABDUL SALAM ZALMAY_ . I am acting as next friend for my _FRIEND_, whose name is _MOHAMMAD AYUB, S/o MOHAMMAD_ a citizen of _AFGHANISTAN_, who is being held in ~~Guantánamo Bay~~ _BAGRAM_ _USMAN_

I know that he would want me to act on his behalf to secure legal representation for him. I hereby authorize Michael Ratner and Barbara Olshansky of the *Center for Constitutional Rights* and any person assigned by these lawyers to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the Courts of the United States and in any other legal forum available.

Signature: _____

Print Name: _____

Witnessed by: _____

Print Name: _R. MICHAEL SMITH_

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| GHULAM MOHAMMED, RAZ MOHAMMAD, as Next Friend of Ghulam Mohammed, et. al. | GEORGE W. BUSH, President of the United States, DONALD RUMSFELD, Secretary, United States Department of Defense, REAR ADM. HARRY B. HARRIS, JR., Commander, Joint Task Force-GTMO, ARMY COL. WADE F. DAVIS, Commander, Joint Detention Operations Group-JTF-GTMO |

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 99999
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT 11001
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

William Goodman
666 Broadway
New York, NY 10012
Tel: (212) 614-6464
Fax: (212) 614-6499

ATTORNEYS (IF KNOWN)

Terry Marcus Henry
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION - Room 7144
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

O 1 U.S. Government Plaintiff
O 3 Federal Question (U.S. Government Not a Party)
⊙ 2 U.S. Government Defendant
O 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | O 1 | O 1 | Incorporated or Principal Place of Business in This State | O 4 | O 4 |
| Citizen of Another State | O 2 | O 2 | Incorporated and Principal Place of Business in Another State | O 5 | O 5 |
| Citizen or Subject of a Foreign Country | O 3 | O 3 | Foreign Nation | O 6 | O 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**O A. Antitrust**

☐ 410 Antitrust

**O B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**O C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**O D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

O **E. General Civil (Other)**     OR     O **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| O **G. Habeas Corpus/ 2255** | O **H. Employment Discrimination** | O **I. FOIA/PRIVACY ACT** | O **J. Student Loan** |
|---|---|---|---|
| [X] 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) *(If pro se, select this deck)* | ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act) *(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| O **K. Labor/ERISA (non-employment)** | O **L. Other Civil Rights (non-employment)** | O **M. Contract** | O **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights ☐ 445 American w/Disabilities-Employment ☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding  O 2 Removed from State Court  O 3 Remanded from Appellate Court  O 4 Reinstated or Reopened  O 5 Transferred from another district (specify)  O 6 Multi district Litigation  O 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. § 2241: Petition for Writ of Habeas Corpus

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐  **DEMAND $** [_____]  Check YES only if demanded in complaint  **JURY DEMAND:**  YES ☐  NO ☐

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES [X]  NO ☐  If yes, please complete related case form.

DATE  September 28, 2006  SIGNATURE OF ATTORNEY OF RECORD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.