UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHULAM MOHAMMED, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> DONALD RUMSFELD, *et al.*, <br><br> Respondents. | Civil Action No. 1:06cv1680 |

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE**

Pursuant to 28 U.S.C. § 2243, it is this 24th day of November 2006,

**ORDERED** that respondents, by counsel, shall, within 20 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of the Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshall for the purpose of making service on the named Respondents and the United States Attorney General.

_____
RICHARD J. LEON
United States District Judge