# EXHIBIT A

(Declaration of Colonel James W. Gray)
4 pages

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GHULAM MOHAMMED, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> DONALD RUMSFELD, <br> Secretary, United Stated Department of Defense, *et al.*, <br><br> Respondents. | Civil Action No. 06-CV-01689 (RJL) |

## DECLARATION OF COLONEL JAMES W. GRAY

I, Colonel James W. Gray, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I currently serve as Commander of Task Force Guardian, Combined/Joint Task Force Force-76 ("CJTF-76"), as well as Commander of Detention Operations, CJTF-76. The statements in this declaration are based upon information made available to me in the performance of my official duties.

2. CJTF-76 is headquartered at Bagram Airfield in Afghanistan. CJTF-76, along with Afghan National Security Forces, conducts full spectrum operations to defeat al Qaeda, the Taliban, and associated movements. CJTF-76 integrates joint, interagency and multinational forces partnered with the Afghans in order to establish security, deter the re-emergence of terrorism, and enhance the sovereignty of Afghanistan.

3. Task Force Guardian, a subordinate unit of CJTF-76, is under United States national command and control. Task Force Guardian is responsible for operating the Bagram Theater

1

Internment Facility ("BTIF"), a Department of Defense ("DoD") detention facility located at Bagram Airfield. I have served as the Commander of Task Force Guardian and Commander of Detention Operations, CJTF-76, since December 1, 2006. In this position, I am responsible for all aspects of detention operations for CJTF-76.

4. I have reviewed the habeas petition filed in this action.

5. For the following two Petitioners, our records reflect that we are currently detaining at the BTIF Afghan citizens with the same or closely similar names and whose fathers' names are the same or closely similar to the names of these two Petitioners' fathers:

   a. Maulvihameedullah. This detainee was captured in Afghanistan. The Enemy Combatnat Review Board ("ECRB") last reviewed his enemy combatant status on August 17, 2006. Following that review, his status as an enemy combatant was validated.

   b. Haji Mullah Abdul Razaq: This detainee was captured in Afghanistan. The ECRB last reviewed his enemy combatant status on August 17, 2006. Following that review, his status as an enemy combatant was validated.

6. For each of the following two Petitioners, our records reflect that we had previously detained at the BTIF a citizen of Afghanistan with a closely similar name and whose father's name was closely similar to the name of the Petitioner's father: Ghanam Gul and Animullah (s/o Mohammed Shah). Both of these detainees have been released from Department of Defense custody.

7. For Petitioner Gul Rehman, our records reflect that we had previously detained at the BTIF two citizens of Afghanistan with a closely similar name to the name listed in the petition.

2

(The petition did not provide the name of this Petitioner's father.) Both of these detainees have been released from Department of Defense custody. Without additional information, we are unable to conclude whether either of these individuals is the Petitioner.

8. For Petitioners Sardar Mohammed and Sahdar Khan, our records reflect that we currently detain or have detained at the BTIF two individuals with names closely similar to "Sardar Mohammed" and two with names closely similar to "Sahdar Khan." (The petition did not provide the name of these Petitioners' fathers.) One individual by each name has been released, and one individual by each name is still in detention. Without additional information, we are unable to conclude whether any of these individuals are the Petitioners.

9. For the following eleven Petitioners, our records reflect that we currently detain or have detained citizens of Afghanistan at the BTIF with the same or closely similar names to those listed in the petition. However, the names of the petitioners' fathers do not match the names of these individuals' fathers: Ghulam Mohammed, Animullah (s/o Habid Ullah), Zafir Khan, Raheem Ullah, Nazar Mohammed, Mohibullah, Gul Mohammed, Mohammed Ayub, Rahmatullah, Mohammad Ayub and Haji Sadar Mohammed.

10. For the following three Petitioners, who allege that they are citizens of Libya, our records reflect that we do not have Libyan detainees at BTIF with the same or similar names: Hasan Balgaid, Salih and Muhammed Dawood.

11. For the following four Petitioners, we have no record of detaining any individuals at BTIF by the name in the petition or by a closely similar name: Malik Abdual Rahim, Maulvi Naeem, Mohammed Yaqoub Akhoundzada and Mohabud Din.

I declare under the penalty of perjury under the laws of the United States of America that

3

the foregoing is true and correct based on information currently available to me.

Executed on __21__ December 2006.

                                              JAMES W. GRAY
                                              Colonel, U.S. Army
                                              Commander, Task Force Guardian
                                              Commander of Detention Operations,
                                              Combined/Joint Task Force-76