IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GHULAM MOHAMMED, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> DONALD RUMSFELD, <br><br> Respondent. | Civil Action No. 06-CV-1680 (RJL) |

**NOTICE OF VOLUNTARY WITHDRAWAL AND DISMISSAL OF PETITION**

Petitioners, by and through their undersigned counsel, hereby voluntarily withdraw and dismiss their petition for a writ of habeas corpus, without prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated:   New York, New York
         February 28, 2007

                                            Respectfully submitted,

                                            Counsel for Petitioners:

                                            /s/ William Goodman
                                            William Goodman (Pursuant to LCvR 83.2(g))
                                            CENTER FOR CONSTITUTIONAL RIGHTS
                                            666 Broadway, 7th Floor
                                            New York, New York 10012
                                            Tel:  (212) 614-6464
                                            Fax:  (212) 614-6499